IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBIN GILLEN STARR,

        Plaintiff,                  No. CIV S-11-3038 GGH P

   vs.

JEFF REISIG, et al.,

        Defendants.       ORDER
_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff's in forma pauperis application was incomplete, so on January 5, 2012, the court ordered plaintiff to submit a completed application, yet that order was returned to the court as undeliverable. Plaintiff then filed a motion for default judgment, motion to compel, motion to reconsider the order denying appointment of counsel and motion for summary judgment. Docs. 13-17. However, the case has not been screened yet and no defendants have been served, so these motions are all vacated as premature. Plaintiff will be given another opportunity to submit a proper in forma pauperis application.

        Plaintiff must file a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint and obtained the certification required on the application form. See 28 U.S.C. § 1915(a)(2).

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint and the certification required on the application form. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

3. Plaintiff's motions (Docs. 13, 14, 15, 16, 17) are vacated.

DATED: January 20, 2012

      /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH: AB
star3038.ord2