1

2

3

4

5

6

7

8                                 IN THE UNITED STATES DISTRICT COURT

9                                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10    ROBIN GILLEN STARR,

11                    Plaintiff,                      No. CIV S-11-3038 GGH P

12            vs.

13    JEFF REISIG, et al.,

14                    Defendants.                     ORDER

15    _____/

16            Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17    to 42 U.S.C. § 1983.  This case is before the undersigned pursuant to plaintiff's consent.  Docket

18    # 10.  On December 2, 2011, plaintiff was ordered to file an in forma pauperis application.

19    Plaintiff's in forma pauperis application was incomplete, so on January 5, 2012, the court ordered

20    plaintiff to submit a completed application, yet that order was returned to the court as

21    undeliverable.  Plaintiff then filed a motion for default judgment, motion to compel, motion to

22    reconsider the order denying appointment of counsel and motion for summary judgment.  Docs.

23    13-17.  However, as the case had not been screened yet and no defendants had been served, these

24    motions were all vacated as premature.  On January 23, 2012, plaintiff was given another

25    opportunity to submit a proper in forma pauperis application within 30 days.  Plaintiff has not

26    filed an in forma pauperis application, yet has filed several more motions that are once again

                                                   1

premature and frivolous.  Plaintiff has been given three different opportunities to file an in forma pauperis application but has failed to follow the court's orders.  Therefore, this case is dismissed.[1]

    In accordance with the above, IT IS HEREBY ORDERED that:

    1.  Plaintiff's motions (Docs. 21 & 22) are vacated;

    2.  This action is dismissed.  <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: March 23, 2012

          /s/ Gregory G. Hollows
         UNITED STATES MAGISTRATE JUDGE

GGH: AB
star3038.dis

---

[1] While an earlier order was returned to the court as undeliverable, the other mailings ordering plaintiff to file an in forma pauperis application have not been returned to the court.