IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBIN GILLEN STARR,

        Plaintiff,                No. CIV S-11-3038 GGH P

   vs.

JEFF REISIG, et al.,

        Defendants.     <u>ORDER</u>

_____/

        On April 4, 2012, plaintiff filed a motion for order to produce body for trials, a motion to amend the complaint and a motion for a jury trial. This civil rights action was closed on March 23, 2012. Plaintiff's filings do not appear to be ones contemplated by the Federal Rules of Civil or Appellate Procedure. Therefore, these documents (Docket Nos. 25, 26, 27) will be placed in the file and disregarded.

        IT IS SO ORDERED.

DATED: May 1, 2012

                                  /s/ Gregory G. Hollows
                          UNITED STATES MAGISTRATE JUDGE

GGH:kly
star3038.58ggh