IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBIN GILLEN STARR,

       Plaintiff,                     No. CIV S-11-3038 GGH P

     vs.

JEFF REISIG, et al.,

       Defendants.            ORDER

_____/

        This civil rights action was closed on March 23, 2012, and plaintiff's appeal to the Ninth Circuit was dismissed on July 9, 2012. Nevertheless, plaintiff continues to file motions in this case. Plaintiff's most recent filings do not appear to be ones contemplated by the Federal Rules of Civil or Appellate Procedure.[1] Therefore, these documents (Docket Nos. 34, 35, 36, 40) will be placed in the file and disregarded.

        The Clerk is ordered not to docket any further motions by plaintiff in this action.

        IT IS SO ORDERED.

DATED: August 22, 2012

                             /s/ Gregory G. Hollows
                       UNITED STATES MAGISTRATE JUDGE

GGH: AB star3038.ord3

---

[1] On July 9, 2012, plaintiff filed a motion for summary judgment, motion to compel and motion for phone and video installation. On July 30, 2012, plaintiff filed a motion to compel discovery.